1 | Stephen R. Cornwell, CA Bar #40737  (SPACE BELOW FOR FILING STAMP ONLY)
CORNWELL & SAMPLE, LLP
2 | Attorneys at Law
3705 W. Beechwood Avenue
3 | Fresno, CA 93711
Telephone: (559) 431-3142
4 | Facsimile: (559) 436-1135

5 | Attorneys for Plaintiff AL GOOD dba CASTLE ROCK VINEYARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AL GOOD dba CASTLE ROCK VINEYARDS, | ) Case No.: 1:21-CV-01823-DAD-BAK |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.; and DOES 1 to 10, | ) **NOTICE OF SETTLEMENT** |
| Defendants. | ) |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

PLEASE TAKE NOTICE that Plaintiff AL GOOD dba CASTLE ROCK VINEYARDS and Defendant OCEAN NETWORK EXPRESS (NORTH AMERICA) INC., have reached a settlement in the above-referenced case. A dismissal will be filed within 60 days.

DATED: July 27, 2022.                               CORNWELL & SAMPLE, LLP


                                        By:     */s/ Stephen R. Cornwell*
                                                Stephen R. Cornwell
                                                Attorney for Plaintiff
                                        AL GOOD dba CASTLE ROCK VINEYARDS

# **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 3705 W. Beechwood Avenue, Fresno, California. On July 27, 2022, I served the within documents:

*NOTICE OF SETTLEMENT*

☐ **BY FACSIMILE:** pursuant to California Code of Civil Procedure Section 1013 and California Rules of Court 2001 through 2009.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below

[x] **BY ELECTRONIC FILING** with USDC through PACER.

[x] **BY ELECTRONIC MAIL** to the electronic mail address(es) below.

Michael L. Swain, Esq.
Ross I. Landau
mswain@swaindipolito.com
SWAIN & DIPOLITO LLP
555 East Ocean Boulevard, Suite 600
Long Beach, CA 90802
Facsimile: (562) 938-7833

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__XX__ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 27, 2022, at Fresno, California.

*Yer Xiong*
Yer Xiong