UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS,<br><br>  Plaintiff,<br><br>  v.<br><br>OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.,<br><br>  Defendant. | No.  1:21-cv-01823-ADA-BAK (SKO)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 21) |

On September 7, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 21.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 8, 2022**                 /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE